IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILE
IN OPEN COURT

FEB 2 5 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 2:26-cr-24 |
| v. | 18 U.S.C. § 641<br>Theft of Government Property<br>(Counts 1-3) |
| GLENN S. TELLER, | |
| Defendant. | 18 U.S.C. § 981(a)(1)(C)<br>Criminal Forfeiture |

INDICTMENT

February 2026 Term -- At Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

## COUNT ONE

(Theft of Government Property)

On or about December 4, 2025, in the Eastern District of Virginia, the defendant, GLENN S. TELLER, did, willfully and knowingly steal and purloin the goods and property of the United States, that is: two (2) Samsung Galaxy Tabs S11 (128GB), of a value exceeding $1,000.

(In violation of Title 18, United States Code, Section 641.)

## COUNT TWO

(Theft of Government Property)

On or about October 30, 2025, in the Eastern District of Virginia, the defendant, GLENN S. TELLER, did, willfully and knowingly steal and purloin the goods and property of the United States, that is: one (1) FUJIFILM X-T50 camera, of a value exceeding $1,000.

(In violation of Title 18, United States Code, Section 641.)

## COUNT THREE

(Theft of Government Property)

On or about October 31, 2025, in the Eastern District of Virginia, the defendant, GLENN S. TELLER, did, willfully and knowingly steal and purloin the goods and property of the United States, that is: one (1) Carhartt Rugged Flex 6" Waterproof Steel Toe boots, of a value less than $1,000.

(In violation of Title 18, United States Code, Section 641.)

2

## CRIMINAL FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

    A.    Defendant, GLENN S. TELLER, upon conviction of any of the offenses charged in Counts One, Two, and Three of this Indictment, as part of the sentencing of the defendant pursuant to Federal Rule of Criminal Procedure 32.2, shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

    B.    If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

    (All pursuant to Title 18, United States Code, Section 981(a)(1)(C); and Title 28, United States Code, Section 2461(c).)

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

*United States v. GLENN S. TELLER*
Criminal No. 2:26-cr- 24

A TRUE BILL:

REDACTED COPY

FOREPERSON

Todd W. Blanche
Deputy Attorney General

By: *Ashley Young*
Ashley J. Young
Virginia Bar No. 96030
Special Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office: 757-441-6712
Email: Ashley.Young@usdoj.gov

4